NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SAFEPOINT INSURANCE COMPANY,       )
                                   )
            Petitioner,            )
                                   )
v.                                 )       Case No.  2D19-457
                                   )
LISA CARSWELL and VERNON           )
CARSWELL,                          )
                                   )
            Respondents.           )
_____)

Opinion filed December 6, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Hillsborough County, Rex M.
Barbas, Judge.

Carol M. Rooney of Butler Weihmuller
Katz Craig LLP, Tampa, for Petitioner.

Mark A. Nation of The Nation Law Firm,
Longwood, for Respondents.


PER CURIAM.


            Denied.



CASANUEVA, MORRIS, and SALARIO, JJ., Concur.